**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

NORRIS A. HAMMOND,

               Plaintiff,

   v.

MOTORWORLD AUTOMOTIVE
GROUP, INC.,

               Defendant.

CIVIL ACTION NO. 3:25-CV-00491

(MEHALCHICK, J.)

### ORDER

**AND NOW**, this 10th day of March, 2026, for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the report and recommendation (Doc. 29) is adopted, Hammond's motion for a hearing (Doc. 21) is denied, Motorworld's motions to dismiss (Doc. 15; Doc. 30) are granted, the parties are compelled to arbitrate all claims contained in the amended complaint, this matter will be stayed pending the final outcome of arbitration proceedings, and the Clerk of Court is directed to administratively close this case. Hammond's motion for leave to file a sur-reply (Doc. 34) is denied as moot.

**BY THE COURT:**

*s/Karoline Mehalchick*

**KAROLINE MEHALCHICK**
**United States District Judge**